IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PENNFIELD OIL COMPANY,** d/b/a Pennfield Animal Health, a Nebraska Corporation, | ) ) ) ) | |
| **Plaintiff and Counter Defendant,** | ) ) ) ) | 8:05CV315 |
| vs. | ) ) | ORDER |
| **AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP INC.,** an Iowa Corporation, | ) ) ) ) ) ) | |
| **Defendant and Counter Plaintiff.** | ) ) | |

This matter is before the court on the motion of Pennfield Oil Company (Pennfield) for leave to file a first amended complaint (Filing No. 20). Pennfield attached to the motion an unsigned copy of the proposed amended complaint, in compliance with NECivR 15.1(a). The defendant did not file an objection to the motion. Pennfield's motion was filed before the deadline for filing such motions. **See** Filing No. 15, ¶ 5. Pennfield seeks to add the Excess Liability Policies issued by the defendant to the Commercial General Liability Insurance Policy already referenced in the complaint. Upon consideration,

**IT IS ORDERED:**

1. Pennfield's motion for leave to file a first amended complaint (Filing No. 20) is granted.

2. Pennfield shall have to on or before **January 4, 2006**, to file the amended complaint.

DATED this 20th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge