**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **PENNFIELD OIL COMPANY,** | ) | |
| | ) | |
| **Plaintiff and,** | ) | |
| **Counter Defendant,** | ) | |
| | ) | **8:05CV315** |
| vs. | ) | |
| | ) | **ORDER** |
| **AMERICAN FEED INDUSTRY INSURANCE** | ) | |
| **COMPANY RISK RETENTION GROUP, INC.,** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counter Plaintiff.** | ) | |

On the oral motion of counsel for the parties, the telephone planning conference previously set for January 30, 2006 at 3:00 p.m. is cancelled and is **rescheduled for February 1, 2006 at 3:00 p.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 25th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge