IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENNFIELD OIL COMPANY, | ) | |
| | ) | 8:05CV315 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMERICAN FEED INDUSTRY | ) | |
| INSURANCE COMPANY RISK | ) | |
| RETENTION GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Pennfield Oil Company's ("Plaintiff") motion to extend time to file an objection to Defendant's motion for summary judgment. Plaintiff seeks to extend the time for filing its objection from September 20, 2006 to October 4, 2006, and has consulted with American Feed Industry Insurance Company Risk Retention Group, Inc.'s ("Defendant") counsel, who does no object to the extension.

THEREFORE, IT IS ORDERED:

1. Plaintiff's motion to extend time to file an objection to Defendant's motion for summary judgment is granted.

2. Plaintiff shall file its objection to Defendant's motion for summary judgment **on or before October 4, 2006**.

DATED this 18th day of September, 2006.

BY THE COURT:


s/Joseph F. Bataillon_____
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE