## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PENNFIELD OIL COMPANY,** | ) | |
| d/b/a Pennfield Animal Health, | ) | |
| a Nebraska Corporation, | ) | |
| | ) | |
| **Plaintiff and** | ) | **8:05CV315** |
| **Counter Defendant,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **AMERICAN FEED INDUSTRY** | ) | |
| **INSURANCE COMPANY** | ) | |
| **RISK RETENTION GROUP INC.,** | ) | |
| an Iowa Corporation, | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counter Plaintiff.** | ) | |

This matter is before the court on the motion to withdraw Thomas E. Morrow, Jr. and Michael W. Pirtle (Filing No. 60) as counsel for American Feed Industry Insurance Company Risk Retention Group, Inc.  American Feed states that Mr. Morrow is no longer with the firm of Gross & Welch, P.C. and that Mr. Pirtle is no longer assigned to the case.  Other counsel continue to represent American Feed.  The court finds good cause shown for the withdrawal of Mr. Morrow and Mr. Pirtle pursuant to NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 60) is granted.
2. The Clerk of Court shall stop all electronic notices to Thomas E. Morrow, Jr. and Michael W. Pirtle regarding this case.

DATED this 12th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge