IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PENNFIELD OIL COMPANY,** | ) | |
| | ) | **8:05CV315** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's "Motion For Continuance Or, In The Alternative, Motion To Stay Proceedings" (Filing No. 70). Upon consideration,

**IT IS ORDERED:**

1. The defendant's "Motion For Continuance Or, In The Alternative, Motion To Stay Proceedings" (Filing No. 70) is granted in part and held in abeyance in part as set forth below.

2. The defendant's motion (Filing No. 70) is granted to the extent the pretrial conference scheduled for April 26, 2007 at 10:00 a.m. is cancelled and a telephone conference will be held at that date and time to review the status and progression of the case. Otherwise, the motion is held in abeyance to be discussed during the conference.

3. The plaintiff has to **on or before April 25, 2007,** to respond to the defendant's motion (Filing No. 70).

DATED this 18th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge