## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PENNFIELD OIL COMPANY,** ) <br> d/b/a Pennfield Animal Health, ) <br> a Nebraska Corporation, ) <br> ) <br>     **Plaintiff and** ) <br>     **Counter Defendant,** ) <br> ) <br> vs. ) <br> ) <br> **AMERICAN FEED INDUSTRY** ) <br> **INSURANCE COMPANY** ) <br> **RISK RETENTION GROUP INC.,** ) <br> an Iowa Corporation, ) <br> ) <br>     **Defendant and** ) <br>     **Counter Plaintiff.** ) | 8:05CV315 <br><br> ORDER |

    This matter is before the court on American Feed Industry Insurance Company Risk Retention Group, Inc.'s Motion for Continuance or, in the Alternative, Motion to Stay Proceedings (Filing No. 70).  Pennfield Oil Company filed a brief (Filing No. 73) in opposition to the motion.  The undersigned magistrate judge held a telephone conference call with counsel for the parties on April 26, 2007, to discuss the motion.  The motion is denied.

    **Trial** in this matter remains scheduled to commence **at 8:30 a.m. on May 21, 2007**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.  However, the **Final Pretrial Conference** with the undersigned magistrate judge is continued until **May 11, 2007, at 2:00 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    **IT IS SO ORDERED.**

    DATED this 26th day of April, 2007.

BY THE COURT:

 s/ Thomas D. Thalken <br>
United States Magistrate Judge
