IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENNFIELD OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV315 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FEED INDUSTRY | ) | ORDER OF DISMISSAL |
| INSURANCE COMPANY RISK | ) | |
| RETENTION GROUP, Inc., an Iowa | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The matter before the court is the parties' joint Stipulation for Dismissal without prejudice, Filing No. 84. The court finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendant is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 25th day of June, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge